**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/26/2024
```

LYNK MEDIA, LLC,

          Plaintiff,

v.

BECKER NEWS LLC,

          Defendant.

Case No: 7:23-cv-09207-NSR

**[~~PROPOSED~~] ORDER**

**WHEREAS**, on the attached stipulation dated July 2, 2024, and on all previous proceedings had and taken in this action, it is

**ORDERED** that the entry of default against Defendant Becker News LLC [Dkt. No. 11] be set aside and/or vacated and Plaintiff's motion for default judgment [Dkt. Nos. 13-15] be withdrawn; it is

**FURTHER ORDERED** that the time for Defendant to respond to the Complaint is extended to October 28, 2024.

Dated September 26, 2024
      White Plains, NY

**SO ORDERED.**

_____
NELSON S. ROMÁN (U.S.D.J.)